HENRY J. FEASTER, PLAINTIFF-RESPONDENT, v. THE TOWNSHIP OF DEPTFORD, *ET AL.*, DEFENDANT-PETITIONER.

*Mr. Alfred T. Sanderson* for the petitioner.

*Mr. Martin F. Caulfield* for the respondent.

February 28, 1967. Denied.

MOSES WILLIAMS, PLAINTIFF-RESPONDENT, v. BITUMINOUS CASUALTY CORP., DEFENDANT-PETITIONER.

*Mr. Samuel P. Orlando* and *Mr. Thomas A. Lunn* for the petitioner.

*Messrs. Pellettieri & Rabstein* for the respondent.

February 28, 1967. Granted.

GOTTHELF KNITTING MILLS, INC., *ETC.*, PLAINTIFF-RESPONDENT, v. LOCAL NO. 222, N. J. KNITGOODS WORKERS, INTERNATIONAL, *ETC.*, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 93 *N. J. Super.* 263.

*Messrs. Kapelsohn, Lerner, Leuchter & Reitman* for the petitioners.

*Messrs. Burke, Sheridan & Hourigan* and *Mr. Robert L. Garibaldi* for the respondent.

February 28, 1967. Denied.